FILED: October 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1638
(8:13-cv-03043-JFM)

_____

JACINTA ELDER

      Plaintiff - Appellant

v.

BMO HARRIS BANK, N.A.; FIRST PREMIER BANK, a South Dakota State-Chartered Bank; MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank; FOUR OAKS BANK & TRUST, a North Carolina Chartered Bank

      Defendants - Appellees

_____

O R D E R

_____

The court extends the time for filing the response to the motion to dismiss to January 28, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk